**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| SATURNINO PRADO, | ) | No. CV 10-9065-GHK(CW) |
| | ) | |
| Petitioner, | ) | ORDER DISMISSING PETITION |
| | ) | AS SUCCESSIVE |
| v. | ) | |
| | ) | |
| UNITED STATES DISTRICT COURT, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

The <u>pro se</u> petitioner is a prisoner in state custody pursuant to a 2000 conviction in California Superior Court, Los Angeles County, Case No. BA195408. The present petition challenges the legality of that conviction.[1] Petitioner has brought several prior federal habeas petitions that challenged the same conviction. One of these petitions, <u>Prado v. Specter</u>, No. CV 05-4053-GHK(CW), was dismissed with prejudice, as untimely, in a judgment entered November 15, 2006.

---

[1] The present petition wrongly names this court as Respondent, and wrongly cites one of petitioner's prior cases in this court as the case of conviction: No. CV 04-456-GHK(CW). The record in that case, and Petitioner's other cases in this court, properly identify the court and case of conviction.

1

Seven other petitions have been dismissed without prejudice.  See
Prado v. McGrath, No. CV 04-456-GHK(CW) (dismissed as unexhausted);
Prado v. Spector, No. CV 07-2532-GHK(CW) (dismissed as successive);
Prado v. Knowles, No. CV 07-3355-GHK(CW) (successive); Prado v.
Warden, No. CV 08-6909-GHK(CW)(successive); Prado v. Warden, No. CV
08-7458-GHK(CW)(successive); Prado v. Altoon, No. CV 10-2931-
JHN(CW)(successive), and Prado v. Spector, No. CV 10-7492-
JHN(CW)(successive).

## DISCUSSION

A new habeas petition under 28 U.S.C. § 2254, which challenges
the same state court judgment addressed in one or more prior § 2254
petitions, is a second or successive petition.  A federal district
court may not consider a second or successive petition unless the
petitioner has first obtained an order from the proper federal circuit
court of appeals authorizing the district court to review the new
petition.  See 28 U.S.C. § 2244(b)(3)(A).  The court of appeals may
only authorize review of a second or successive petition in the
district court if the petitioner "makes a prima facie showing [to the
court of appeals] that the application satisfies the requirements of"
28 U.S.C. § 2244(b).  See 28 U.S.C. § 2244(b)(3)(C); Felker v. Turpin,
518 U.S. 651, 657, 116 S. Ct. 2333, 135 L. Ed. 2d 827 (1996).

The present petition is a second or successive petition under
§ 2244(b)(3)(A) because it challenges the same state court judgment
challenged in a prior federal petition, and that prior petition was
dismissed with prejudice.  This court may not review a successive
petition unless the petitioner has first obtained the required order
from the United States Court of Appeals for the Ninth Circuit.  There
is no indication in the record that this petitioner has obtained such

1    an order.   Therefore, the present petition is subject to dismissal
2    without prejudice.[2]

3        Petitioner may file a new petition in this court if and only if
4    he first obtains authorization from the Ninth Circuit pursuant to 28
5    U.S.C. § 2244(b)(3)(A).[3]

6                                   **ORDERS:**

7        1.   It is **ORDERED** that judgment be entered dismissing the
8    petition as successive.
9        2.   The clerk shall serve copies of this order and the judgment
10   herein on the petitioner.

11

12   DATED:   _November 30, 2010_

13

14                                        _____
15                                              GEORGE H. KING
                                          United States District Judge
16   Presented by:

17   Dated:  November 29, 2010

18
19   _Carla M. Woehrle_
     _____
20        CARLA M. WOEHRLE
     United States Magistrate Judge

21

22

23

24   _____
25        [2] A new petition is not subject to dismissal under § 2244(b)(3)
     (A) based on a prior petition dismissed without prejudice (_e.g._, for
26   failure to exhaust state remedies).  _In re Turner_, 101 F.3d 1323, 1323
     (9th Cir. 1997).  The present petition is successive based on No. CV
27   05-4053, which was dismissed with prejudice.

28        [3] If Petitioner continues to file successive petitions, this
     court will continue to dismiss them summarily.

                                        3