**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SATURNINO PRADO,                    )    No. CV 10-9065-GHK(CW)
                                    )
                 Petitioner,        )    JUDGMENT
                                    )
          v.                        )
                                    )
UNITED STATES DISTRICT COURT,       )
                                    )
                 Respondent.        )
_____)


     **IT IS ADJUDGED** that the petition is dismissed as successive.


DATED:   __November 30, 2010__


                              _____
                                   GEORGE H. KING
                              United States District Judge